Nathan R. Ring (SBN 12078)
Alex Velto (SBN 14961)
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
nathan@rrvlawyers.com
alex@rrvlawyers.com

*Attorneys for M1B, Inc. f/k/a SUNSHINE TRADING COMPANY, INC. d/b/a NOVA KRATOM*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEJANDRO MENDOZA, an individual,<br><br>Plaintiff,<br>v.<br>M1B, INC. f/k/a SUNSHINE TRADING COMPANY, INC. d/b/a NOVA KRATOM; DOE INDIVIDUALS 1-40; DOE MANUFACTURERS, 1-40; DOE DISTRIBUTORS 1-40;<br><br>Defendants. | Case No.: 2:26-cv-02417<br><br>**STIPULATION TO REMAND TO STATE COURT** |

The Parties, through their undersigned counsel of record, hereby stipulate and move this Court to remand this action to state court.

The Parties stipulate that the basis of this remand is that the amount in controversy in this case has proven to be less than $75,000, the required amount in controversy to remove an action in diversity to federal court. As such, remand is appropriate.

The Parties further stipulate that both parties shall bear their fees and costs for the removal proceedings.

//

//

//



3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com
reese ring velto PLLC

DATED this 8th day of September 2026.

REESE RING VELTO, PLLC

*/s/ Alex Velto*

Nathan R. Ring (SBN 12078)
Alex Velto (SBN 14961)
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
nathan@rrvlawyers.com
alex@rrvlawyers.com

*Attorneys for M1B, Inc. f/k/a SUNSHINE TRADING COMPANY, INC. d/b/a NOVA KRATOM*

DATED this 8th day of September 2026.

THE702FIRM INJURY ATTORNEYS

*/s/ Michael C. Kane_*

Michael C. Kane, Esq.
Bradley J. Myers, Esq.
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
mckteam@the702firm.com

*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: 9/9/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com
reese ring velto PLLC

## CERTIFICATE OF SERVICE

I certify that I am an employee of REESE RING VELTO, PLLC and that on this 8th day of September, 2026, I caused the above and foregoing documents entitled STIPULATION TO REMAND TO STATE COURT to be served as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Reno, Nevada; and/or

☒ sent electronically via the Court's electronic service system; the date and time of this electronic service is in place of the date and in place of deposit in the mail; and/or

☐ Personal Service under FRCP 4

to the attorney(s) listed below at the address, email address and/or facsimile number indicated below:

Michael C. Kane, Esq.
Bradley J. Myers, Esq.
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
mckteam@the702firm.com

*/s/Rachael L. Chavez*
An employee of Reese Ring Velto, PLLC

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com
reese ring velto PLLC